IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

CIVIL ACTION NO.: 2:20-cv-01968-BHH

| | |
|---|---|
| SHIRRESE B. BROCKINGTON, AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF TIMOTHY NEWSOME,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL ANN SWORD CORP., TODD KEVIN BELAND AND DAY BOAT SEAFOOD, LLC,<br><br>    Defendants. | **DEFENDANT DAY BOAT SEAFOOD, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

    Defendant Day Boat Seafood, LLC respectfully moves this court pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Day Boat Seafood, LLC moves on grounds that South Carolina's Long-Arm statutes do not confer jurisdiction over it, Day Boat Seafood does not have sufficient minimum contacts with South Carolina, and Day Boat Seafood has not purposefully directed its business activities at South Carolina for this Court to exercise personal jurisdiction over it.

                                                                           TURNER PADGET

                                                                           s/ David S. Cobb
                                                                           David S. Cobb (Federal ID No. 6006)
                                                                           Post Office Box 22129
                                                                           Charleston, South Carolina 29413-2129
                                                                           Direct: (843) 576-2803
                                                                           Fax: (843) 577-1629
Charleston, South Carolina           dcobb@turnerpadget.com

November 13, 2020                      ATTORNEYS FOR DEFENDANT DAY
                                                                           BOAT SEAFOOD, LLC