IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| SHIRRESE B. BROCKINGTON, as the Special Administrator of the ESTATE OF TIMOTHY NEWSOME,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL ANN SWORD CORP. AND TODD KEVIN BELAND AND DAY BOAT SEAFOOD, LLC,<br><br>Defendants. | Civil Action No.: 2:20-cv-01968-BHH<br><br>**PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Shirrese B. Brockington as the Special Administrator of the Estate of Timothy Newsome ("Plaintiff"), files this stipultion of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, stipulating the following:

1) Plaintiff dismisses her claims against Day Boat Seafood, LLC **without prejudice** so she can litigate said claims in a state court action pending in Florida.

2) Plaintiff dismisses her claims against the remaining defendants, Carol Ann Sword Corp. and Todd Kevin Beland, **without prejudice** so she can litigate said claims in a state court action pending in Florida.

BLUESTEIN LAW FIRM, P.A.

By: s / S. Scott Bluestein
S. Scott Bluestein / Federal Id No. 6891
266 W. Coleman Blvd., Suite 103
Mount Pleasant, SC 29464
Post Office Box 22253

Charleston, SC 29413-2253
Telephone: 843-577-3092
Facsimile: 843-577-3093
Email: scott@boatinglaw.us

AND

MCKNIGHT LAW FIRM

By: s/Jody McKnight
Jody McKnight, VI / Fed. Id No. 6053
1156 Bowman Road, Suite 200
Mt. Pleasant, South Carolina 29464
Telephone: (843) 577-6040
Email: jody.mcknightlawfirm@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

December 4, 2020
Mount Pleasant, South Carolina